158 U.S. 440
 15 S.Ct. 900
 39 L.Ed. 1046
 TIOGA R. CO.
v.
COMMONWEALTH OF PENNSYLVANIA. NEW YORK, L. E. %& w. coal & railroad co./ v. SAME. NEW YORK, P. & O. R. CO. v. SAME.
 Nos. 264, 265, and 266.
 May 27, 1895.
 
 Mr. Justice SHIRAS delivered the opinion of the court. are concerned, precisely like case No. 263, New York, L. E. & W. R. Co. v. Commonwealth of Pennsylvania, 15 Sup. Ct. 896. They call for no additional consideration, and, for the reasons given in No. 263, the judgment of the court below in the several cases is affirmed.
 Mr. Justice HARLAN dissents.
 
 
 1
 M. E. Olmsted. for Railroad Cos.
 
 
 2
 Henry C. McCormick, Atty. Gen. Pa., and Jas. A. Stranahan, for the Commonwealth.